# United States Bankruptcy Court
Eastern District of Louisiana

CLARENCE SHEA ALBERT
SABRINA LUMAR ALBERT
2497 LYNNBROOK DR
HARVEY LA  70058

09-12550
Chapter 13
Section A

## TRUSTEE'S DIRECTION TO WITHHOLD EARNINGS AND PAY TO TRUSTEE

The above-named debtor(s) having entered a petition in the United States Bankruptcy Court under Chapter 13 of the United States Bankruptcy Code, and having submitted all earnings to the administration of the undersigned Trustee,

IT IS DIRECTED that the employer of SABRINA LUMAR ALBERT:

UNITED CEREBRAL PALSY OF GNO
ATTN PAYROLL DEPT
2200 VETERANS BLVD   STE 103
KENNER LA  70062

deduct from said earnings the sum of $205.38 BI-WEEKLY and promptly remit the sums so deducted with the debtor's case number, 09-12550, printed on all checks or vouchers, to:

S. J. BEAULIEU, JR., TRUSTEE
P. O. BOX 6537
NEW YORK, NY  10249

This instruction remains in force until further instructions from the Trustee and supersedes any previous instruction made to the subject employer in this case.

New Orleans, Louisiana, August 18, 2009.

Attorney for debtor:

TIMOTHY P KIRKPATRICK

/s/ S.J. Beaulieu, Jr.
S.J. Beaulieu, Jr.
Chapter 13 Trustee

14/86